## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RADAMES SANTOS-MONTOLIO,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 16 -753 (PRD)<br><br>VIOLATIONS:<br>8 U.S.C. § 1326(b)(2)<br><br>(ONE COUNT) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
**8 U.S.C. § 1326(b)(2)**
**(Reentry of Removed Aliens; Aggravated Felon)**

On or about May 27, 2016 in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**RADAMES SANTOS-MONTOLIO,**

the defendant, being an alien previously removed from the United States subsequent to a conviction for an aggravated felony, did knowingly and intentionally attempt to enter the United States without obtaining, prior to his re-embarkation at a place outside the United States, the express consent from the Secretary of Homeland Security, to reapply for admission into the United States; all in violation of Title 8, *United States Code*, Section 1326(b)(2).

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

José Capo-Iriarte,
Assistant United States Attorney
Chief, Criminal Division

Marshal D. Morgan,
Assistant United States Attorney
Chief, Crimes Against Children
and Human Trafficking Unit

Nicholas G. Smith,
Special Assistant United States Attorney